**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 25-44-BLG-SPW** |
| **Plaintiff,** | |
| **vs.** | **FINAL ORDER OF FORFEITURE** |
| **PATRICE LOUISE BARROWS,** | |
| **Defendant.** | |

Before the Court is the United States' unopposed Motion for Final Order of Forfeiture (Doc. 41) pursuant to Fed. R. Crim. P. 32.2(c)(2). Having reviewed said Motion, the Court FINDS:

1.     The United States commenced forfeiture in this action pursuant to 18 U.S.C. § 924(d) for violation of 18 U.S.C. § 922(g)(1), to which Defendant Patrice Louise Barrows pled guilty.

2.     The Court entered a Preliminary Order of Forfeiture on October 21, 2025 (Doc. 33), finding the following property subject to forfeiture and forfeiting the Defendant's interest in it:

1

    a. Smith & Wesson, model M&P Bodyguard, .380 caliber semi-automatic pistol, S/N: KDF3993; and

    b. Any associated accessories and ammunition, including 5 rounds of .380 caliber ammunition.

3.    All known interested parties were provided an opportunity to respond and published notice is complete, as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6).

4.    V.S. has been identified as the lawful owner of the Smith & Wesson pistol, identified above.

5.    To date, no other third-party claims have been made to this property and the time for doing so expired when published notice was complete.

Accordingly, IT IS ORDERED that:

1.    The United States' Motion for Final Order of Forfeiture (Doc. 41) is GRANTED pursuant to Fed. R. Crim. P. 32.2(c)(2).

2.    The following property is fully and finally forfeited to the United States, free from the claims of any other party:

- Any associated accessories and ammunition, including 5 rounds of .380 caliber ammunition.

The United States has full and legal title to this forfeited property and may dispose of it in accordance with governing law when no longer needed as evidence.

3.    The United States shall return the following firearm to its lawful

owner, V.S., when no longer needed as evidence and in accordance with governing

law:

- Smith & Wesson, model M&P Bodyguard, .380 caliber semi-automatic pistol, S/N: KDF3993.

DATED this ___13th___ day of January, 2026.


SUSAN P. WATTERS
United States District Court Judge

3